UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### CASE NO. 1:19-cv-23471

OMS COLLECTIONS, LTD., a Cayman Islands
company,

Plaintiff,

v.

HENRY TIEN,

Defendant.

_____/

### COMPLAINT TO RENEW JUDGMENT

Plaintiff, OMS Collections, Ltd., a Cayman Islands company, sues HENRY TIEN, and

says as follows:

### Parties and Jurisdiction

1.      Plaintiff, OMS Collections, Ltd. ("OMS"), is a company organized and existing

under the laws of the Cayman Islands, British West Indies, with its registered office in the Cayman

Islands.

2.      Defendant, Henry Tien, is and was at all material times a citizen of the State of

Florida.

3.      This is an action for damages in excess of $75,000, between a citizen of the Cayman

Islands and a citizen of Florida, and is predicated on diversity of citizenship pursuant to 28 U.S.C.

§ 1332.

4.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) as Henry Tien resides within

this judicial district.

## FACTS

5.     This is an action on a judgment, *i.e.* to renew a judgment entered by this Court.

6.     On August 25, 2014, this Court entered final judgment (the "Judgment") in favor of OMS against Henry Tien for $2,464,654.03, with interest thereafter as provided by law. *OMS Collections, Ltd. v. Henry Tien*, 1:13-cv-22978, [D.E. 19] (copy of Entry of Final Judgment attached hereto as Exhibit "A").

7.     The Judgment is valid and enforceable and no monies or property have been received or recovered from Henry Tien since the Judgment was entered.

8.     Interest has continued to accrue at the statutory rate since August 25, 2014.

9.     Plaintiff has retained the undersigned counsel and is obliged to pay them a reasonable fee.

## COUNT I
## COMMON LAW ACTION TO RENEW JUDGMENT

Plaintiff re-alleges paragraphs 1 through 9 against Henry Tien and further alleges:

10.     As permitted by Florida law, OMS asserts and seeks its right to renew the Judgment against Henry Tien.

11.     OMS therefore requests that judgment be entered against Henry Tien in the amount of the Judgment, $2,464,654.03, plus interest from August 25, 2014 through the date judgment is entered, plus post-judgment interest, and such further and other relief as may be appropriate.

WHEREFORE, Plaintiff, OMS COLLECTIONS, LTD., demands against Henry Tien judgment in the amount of $2,464,654.03 plus accrued interest through the date judgment is entered, plus post-judgment interest, and such further and other relief as may be appropriate.

Respectfully submitted,

ABALLI MILNE KALIL, P.A.
Counsel for Plaintiff, OMS Collections, Ltd.
2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

s/ Joshua D. Poyer
Craig P. Kalil, Esq.
Florida Bar No. 607282
Joshua D. Poyer, Esq.
Florida Bar No. 653349